IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MARCUS BRANKER | : | NO. 10-427-8 |

ORDER

AND NOW, this 14th day of October, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Marcus Branker "to sever charges and defendant (Rule 14)" is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
C.J.